UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LEE CARD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SACRAMENTO COUNTY PROBATION DEPARTMENT, et al.<br><br>　　　　　Defendants. | No. 2:24-cv-02250-EFB (PC)<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

　　　　Plaintiff is a county jail inmate proceeding without counsel in an action brought under 42 U.S.C. § 1983. The complaint asserts solely a claim for defamation. ECF No. 1 at 24. To bring suit in federal court, the complaint must present a basis for federal jurisdiction. As all defendants named in the complaint are located in California, federal jurisdiction based on diversity of citizenship is absent. 28 U.S.C. § 1332. As plaintiff asserts solely a state-law claim (defamation), federal question jurisdiction is also absent. 28 U.S.C. § 1331; *Caterpillar, Inc. v. Williams*, 482 U.S. 386, 392 (1987); *Ellerbe v. Becca's Restaurant & Sports Lounge*, No. 2:24-cv-00555-JAD-DJA, 2024 WL 3570958, at *5 (D. Nev. July 26, 2024). As the court is without subject-matter jurisdiction, the case must be dismissed.

　　　　Accordingly, it is ORDERED that the Clerk of Court randomly assign a district judge to this action. It is further RECOMMENDED that the case be dismissed without leave to amend

1   and without prejudice for lack of jurisdiction, and that the Clerk of Court be directed to
2   administratively terminate all pending motions.
3         These findings and recommendations are submitted to the United States District Judge
4   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
5   after being served with these findings and recommendations, any party may file written
6   objections with the court and serve a copy on all parties.  Such a document should be captioned
7   "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
8   within the specified time may waive the right to appeal the District Court's order.  *Turner v.*
9   *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
10
11  Dated: May 29, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2